

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00220-CV

---

Francisco Hernandez Jr., Appellant

v.

Elizabeth Hope Hernandez, Appellee

---

On Appeal from the 65th District Court
El Paso County, Texas
Trial Court No. 2025DCM4027

---

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On November 12, 2025, the Clerk of this Court sent Appellant a letter notifying him that the required filing fee was due. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified

Appellant that his appeal could be dismissed on or after November 22, 2025, if he failed to pay the fee. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellant has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

December 23,2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.